JF 530

**PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

FILED 08 JAN -4 AM 10:55 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CA

E-filing

Name CATO, JAMES
(Last) (First) (Initial)

Prisoner Number H35663

Institutional Address CCI-STATE PRISON, P.O. BOX 1902, TEHACHAPI, CA. 93581

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

JAMES CATO, JR.
(Enter the full name of plaintiff in this action.)

vs.

W. J. SULLIVAN, WARDEN.

(Enter the full name of respondent(s) or jailor in this action)

Case No. C 08 0052 JF
(To be provided by the clerk of court)

**PETITION FOR A WRIT OF HABEAS CORPUS**
DEMAND FOR EVIDENTIARY HEARING.

**(PR)**

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

Who to Name as Respondent

You must name the person in whose actual custody you are. This usually means the Warden or jailor. Do not name the State of California, a city, a county or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced. These are not proper respondents.

If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now and the Attorney General of the state in which the judgment you seek to attack was entered.

A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

1. What sentence are you challenging in this petition?

(a) Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland):

CONTRA COSTA COUNTY SUPERIOR COURT — MARTINEZ, CA.

Court — Location

(b) Case number, if known 961891-9

(c) Date and terms of sentence 2/14/97. 21 YEARS, 4 MONTHS

(d) Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.) Yes ✓ No ____

Where?

Name of Institution: CCI - STATE PRISON

Address: P.O. BOX 1902, TEHACHAPI, CA. 93581

2. For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)

CARJACKING WITH USE OF FIREARM; POSSESSION OF FIREARM BY FELON -

PENAL CODE 215; 12022.5(a)(2); 12021(A)(1)

3. Did you have any of the following?

Arraignment: Yes ✓ No ____

Preliminary Hearing: Yes ✓ No ____

Motion to Suppress: Yes ____ No ✓

4. How did you plead?

Guilty ____ Not Guilty ✓ Nolo Contendere ____

Any other plea (specify) ____________________

5. If you went to trial, what kind of trial did you have?

Jury ✓ Judge alone____ Judge alone on a transcript ____

6. Did you testify at your trial? Yes ____ No ✓

7. Did you have an attorney at the following proceedings:

(a) Arraignment Yes ✓ No ____

(b) Preliminary hearing Yes ✓ No ____

(c) Time of plea Yes ✓ No ____

(d) Trial Yes ✓ No ____

(e) Sentencing Yes ✓ No ____

(f) Appeal Yes ✓ No ____

(g) Other post-conviction proceeding Yes ____ No ✓

8. Did you appeal your conviction? Yes ✓ No ____

(a) If you did, to what court(s) did you appeal?

Court of Appeal Yes ✓ No ____

Year: 1998 Result: AFFIRM

Supreme Court of California Yes ✓ No ____

Year: 1998 Result: DENIED

Any other court Yes ____ No ____

Year: ____ Result: ____________________

(b) If you appealed, were the grounds the same as those that you are raising in this

petition? Yes ____ No ✓

(c) Was there an opinion? Yes ____ No ✓

(d) Did you seek permission to file a late appeal under Rule 31(a)?

Yes ____ No ✓

If you did, give the name of the court and the result:

______________________________

______________________________

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal? Yes ✓ No____

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

(a) If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

I. Name of Court: CONTRA COSTA COUNTY SUPERIOR COURT

Type of Proceeding: HABEAS PETITION

Grounds raised (Be brief but specific):

a. SENTENCING ERROR

b.______________________________

c.______________________________

d.______________________________

Result: DENIED Date of Result: 6-21-05

II. Name of Court: ______________________________

Type of Proceeding: ______________________________

Grounds raised (Be brief but specific):

a.____________________

b.____________________

c.____________________

d.____________________

Result: ________________ Date of Result:________

III. Name of Court: ____________________

Type of Proceeding: ____________________

Grounds raised (Be brief but specific):

a.____________________

b.____________________

c.____________________

d.____________________

Result: ________________ Date of Result:________

IV. Name of Court: ____________________

Type of Proceeding: ____________________

Grounds raised (Be brief but specific):

a.____________________

b.____________________

c.____________________

d.____________________

Result: ________________ Date of Result:________

(b) Is any petition, appeal or other post-conviction proceeding now pending in any court?

Yes ✓ No____

Name and location of court: 9TH CIRCUIT COURT OF APPEALS

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

need more space. Answer the same questions for each claim.

[Note: You must present ALL your claims in your first federal habeas petition. Subsequent petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant, 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

Claim One: INEFFECTIVE ASSISTANCE OF COUNSEL - MISCARRIAGE OF JUSTICE

Supporting Facts: COUNSEL HAD IN HER POSSESSION DOCUMENTED REPORTS THAT FORENSIC EVIDENCE FOUND AT ALLEGE CRIME SCENE DID NOT MATCH PETITIONER BUT FAILED TO PRESENT AT TRIAL.

Claim Two: NEWLY DISCOVERED FORENSIC EVIDENCE (FINGERPRINTS) ESTABLISHES PETITIONERS INNOCENCE

Supporting Facts: FINGERPRINTS FOUND AT ALLEGE CRIME SCENE DID NOT MATCH PETITIONER AND NO PHYSICAL EVIDENCE LINKS PETITIONER TO CRIME. (SEE EXHIBIT-A. POLICE REPORT)

Claim Three: ______________________________

Supporting Facts: ______________________________

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why:

CLAIM ONE AND TWO RELIES ON NEWLY DISCOVERED EVIDENCE PROVIDED BY RICHMOND ~~[illegible]~~ POLICE DEPARTMENT. PREVIOUSLY UNKNOWN

List, by name and citation only, any cases that you think are close factually to yours so that they are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning of these cases:

_______________________________________________

_______________________________________________

_______________________________________________

Do you have an attorney for this petition? Yes____ No ✓

If you do, give the name and address of your attorney:

_______________________________________________

WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

Executed on 12/21/07 ______ James Cato, Sr.

Date Signature of Petitioner

(Rev. 6/02)

# EXHIBIT

# A

RECORDS RICHMOND POLICE DEPARTMENT 07/10

96-14879

| 70. CODE SECTION | 71. CRIME | 72. CLASSIFICATION | |
|---|---|---|---|
| 215 PC | CARJACKING | | |
| 73. VICTIM'S NAME - LAST, FIRST, MIDDLE (FIRM IF BUS.) | | 74. ADDRESS [ ] RESIDENCE [ ] BUSINESS | 75. PHONE 510 |
| WALKER, ALANNA | | 4749 FAIRFAX AV OAKLAND, CA | 529-0602 |

EVIDENCE SUPPLEMENT

I. **OBSERVATIONS:**

On 7-19-96 at approx. 1345 Hrs., I was dispatched to the 4700 Blk of Cypress Av per Ofc. M. Gagan, to process the carjacked Vic Vehicle.

Upon arrival, I saw the 1987 Acur Legend, Tan, CA #2GLP407, parked w/b along the n/c/l of Cypress Av. The l/front tire was deflated, all doors were closed and locked, and the l/door window was open approx. 1", all other windows were closed. I saw no obvious signs of forced entry into the veh and there was no damage to the steering column or ignition. I was able to gain entry into the veh through the driver's l/door.

I process the interior and exterior surfaces for latents and took photos.

II. **PHOTOS: PENTAX #33, LOG #2940**

1. ID view, Vic Veh, #2GLP407.
2. View, l/side.
3. View, r/side.

III. **LATENTS:**

One lift from exterior l/door window. ←

IV. **PHYSICAL EVIDENCE: NONE** ←

V. **FINAL ACTIONS:**

1. Photos booked into RPD Evidence Room.
2. Latent to Locker #61.

| REPORTING OFFICERS | RECORDING OFFICER | TYPED BY | DATE AND TIME | ROUTED BY |
|---|---|---|---|---|
| Ofc. M. Wang, #1249 | | mjs | 7-22-96 | |

FURTHER ACTION [ ] YES [ ] NO — COPIES TO: [ ] DETECTIVE [ ] JUVENILE [ ] DIST. ATTNY [ ] SQ./P.D. [ ] CII [ ] PATROL [ ] OTHER [ ] OTHER

ROUTING

| ROBBERY | COM REL | | | |
|---|---|---|---|---|
| A.T. / | HOMICIDE | PROPERTY | STAT / | R. FILE / |
| ADM. | JUV. | VICE | STATE | TOTAL (3) |
| S.S. CAPT | FRAUD | C.A. | D.A. | ASSIGNED |
| UNI. CAPT. | CR. CAPT. | TRAFFIC | I.A. | RCC |

JUL 22 1996 SGT. L. BAJZA

CAL. JUS. CR #2


TA CLARITA
CA 913
DISTRICT COURT
TRICT
AVENUE
- 3483

JAMES CATO #H35663
LIFORNIA CORRECTIONAL INSTITUTION
O. BOX 1902 (4A-7B-105 Low)
EHACHAPI, CA. 93581

SANTA CLARITA
CA 913 5 T
21 DEC 2007 PM

USA 41

RECEIVED
DEC 2 6 2007

SENT FROM
STATE PRISON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT

U.S. COURTHOUSE
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102 - 3483

94102+3661-39 C004