NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES CATO, JR., | ) | No. C 08-0052 JF (PR) |
| | ) | |
| Petitioner, | ) | ORDER OF DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| W.J. SULLIVAN, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

    Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. 2254. Petitioner has filed three earlier habeas actions with this Court, in case numbers C 99-21216 JF (PR), C 05-1273 JF (PR), and C 06-0858 JF(PR) challenging the same conviction and sentence raised in the instant petition. In case no. C 99-21216 JF (PR), the Court denied Petitioner's habeas petition on the merits on February 28, 2003. The Court of Appeals dismissed Petitioner's appeal on June 19, 2003. In Petitioner's remaining habeas actions in this Court, the Court dismissed the petition as a second or successive petition pursuant to 28 U.S.C. § 2244(b)(1). Similarly, the Court will DISMISS the instant petition as a second or successive petition pursuant to 28 U.S.C. § 2244(b).

Order of Dismissal
P:\pro-se\sj.jf\hc.08\Cato052dis           1

**DISCUSSION**

A district court must dismiss claims presented in a second or successive habeas petition challenging the same conviction and sentence unless the claims presented in the previous petition were denied for failure to exhaust. See 28 U.S.C. § 2244(b)(1); Babbitt v. Woodford, 177 F.3d 744, 745-46 (9th Cir. 1999). Additionally, a district court must dismiss any new claims raised in a successive petition unless the petitioner received an order from the court of appeals authorizing the district court to consider the petition. See 28 U.S.C. § 2244(b)(2), (3).

Here, Petitioner raises claims of ineffective assistance of counsel and newly discovered forensic evidence. See Petition at 6. Petitioner alleges that these claims rely upon newly discovered evidence that was previously unknown to him. Id. The instant petition challenges the same conviction and sentence as the earlier petition in case no. C 99-21216 JF (PR), this earlier habeas petition was denied on the merits, and Petitioner has not presented an order from the Court of Appeals authorizing this Court to consider any new claims. Accordingly, this Court must dismiss the instant petition in its entirety. See 28 U.S.C. § 2244(b)(3)(A).

**CONCLUSION**

The instant petition is DISMISSED without prejudice as a second and successive petition pursuant to 28 U.S.C. § 2244(b)(2). The Clerk shall terminate any pending motions and close the file.

IT IS SO ORDERED.

DATED: 1/15/08

JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\pro-se\sj.jf\hc.08\Cato052dis        2

1  A copy of this ruling was mailed to the following:

2

3  James Cato, Jr.
   H-35663/ 4A-7B-105L
4  California Correctional Institution
   P.O. Box 1902
5  Tehachapi, CA  93581

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal
P:\pro-se\sj.jf\hc.08\Cato052dis                 3