NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES CATO, JR., | ) | No. C 08-0052 JF (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| W.J. SULLIVAN, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The Court has dismissed the instant pro se habeas petition as a second or successive petition challenging the same conviction and sentence as Petitioner's earlier petition in case no. C 99-21216 JF (PR). See 28 U.S.C. § 2244(b). A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 1/15/08

JEREMY FOGEL
United States District Judge

Judgment
P:\pro-se\sj.jf\hc.08\Cato052jud    1

1  A copy of this ruling was mailed to the following:

2

3  James Cato, Jr.
   H-35663/ 4A-7B-105L
4  California Correctional Institution
   P.O. Box 1902
5  Tehachapi, CA  93581

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Judgment
P:\pro-se\sj.jf\hc.08\Cato052jud                    2